UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

SHUNDRIKA DANIEL.,

        Plaintiff,

-against-

RJM ACQUISITIONS AND FUNDING,

        Defendant.

**VERIFIED COMPLAINT and DEMAND FOR JURY TRIAL**

NOW COMES Plaintiff, SHUNDRIKA DANIEL ("Plaintiff"), by and through her attorneys, Krohn & Moss, Ltd., for her Verified Complaint against Defendant, RJM ACQUISITIONS AND FUNDING., ("Defendant"), alleges as follows:

Nature of the Action

1. This action is brought by Plaintiff pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

Parties

2. Plaintiff is a natural person residing in New Orleans, Louisiana.

3. Plaintiff is allegedly obligated to pay a debt and is a consumer as defined by 15 U.S.C. § 1692a(3).

4. Defendant is a collection agency having its principal place of business located in Syosset, Nassau County, New York.

5. Defendant is a debt collector as defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiff.

6. Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## Jurisdiction and Venue

7. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

8. Because Defendant is engages in business in Louisiana, personal jurisdiction is established

9. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## Factual Allegations

10. Defendant constantly and continuously placed collection calls to Plaintiff on a daily basis, three to four (3-4) times a day, seeking and demanding immediate payment for an alleged consumer debt.

11. Defendant calls Plaintiff on her telephone number 504-669-2738.

## CLAIM FOR RELIEF

12. Defendant's violations of the FDCPA include, but are not limited to, the following:

   a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person;

    b.  Defendant violated §1692d(5) of the FDCPA by causing a telephone call to ring and/or engaging Plaintiff in telephone conversations repeatedly and/or continuously with the intent to annoy, abuse or harass the Plaintiff;

13.    Plaintiff is entitled to her attorney's fees and costs incurred in this action.

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant for the following:

(1)  Statutory damages of $1,000.00, pursuant to 15 U.S.C. § 1692k;

(2)  Reasonable attorneys' fees, costs pursuant to 15 U.S.C. § 1692k; and

(3)  Awarding such other and further relief as may be just, proper and equitable.

Dated:        June 1, 2011

By: /s/ Kelli Denise Mayon
Kelli Denise Mayon – Local Counsel
4429 Herrmann Street, Apt. D
Metairie Louisiana 70006

KROHN & MOSS, LTD.
Attn:  Ryan Lee
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA 90025
(323) 988-2400 ext.241
Email: rlee@consumerlawcenter.com

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, SHUNDRIKA DANIEL, hereby demands a jury trial in this matter.

## **VERIFICATION**

STATE OF LOUISIANA)

:ss.:

COUNTY OF _____)

Plaintiff, SHUNDRIKA DANIEL, being duly sworn, deposes and says:

1. I am the Plaintiff in this civil proceeding;
2. I have read the foregoing Verified Complaint prepared by my attorneys and I believe that all of the facts contained therein are true and correct, to the best of my knowledge, and formed after reasonable inquiry;
3. I belief that this civil Complaint is well ground in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law;
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it;
6. Each and every exhibit I have provided to my attorneys, which has/have been attached to this Complaint, is/are true and correct copy(s) of the original(s); and
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated the exhibit(s), except that some of the attached may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, SHUNDRIKA DANIEL, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _____                    _____
                                        SHUNDRIKA DANIEL