UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHUNDRIKA DANIEL | * | CIVIL ACTION NO.:2:11-CV-1299 |
| VERSUS | * | JUDGE:   FELDMAN |
| RJM ACQUISITIONS AND FUNDING | * | MAGISTRATE JUDGE:   ROBY |

* * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss with Prejudice,

**IT IS ORDERED** that the above and foregoing action be and it is hereby **DISMISSED WITH PREJUDICE,** with each party to bear her/its respective costs and expenses.

**IT IS FURTHER ORDERED** that this Order of Dismissal constitutes a final Judgment for all purposes.

New Orleans, Louisiana, this 12th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

4846-9469-9530.1